No. 799. ELZABURU, APELANTE, *v.* CHAVEZ ET AL., APELADOS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. En apelación a la Corte Suprema de los Estados Unidos. Moción de la parte apelada para que se deje sin efecto la resolución de este tribunal admitiendo el recurso de apelación interpuesto para ante la Corte Suprema de los Estados Unidos. Resuelto en junio 24, 1913. Denegada la moción. Abogado del apelante: *Sr. Jacinto Texidor.* Abogado de los apelados: *Sr. Manuel F. Rossy.*

---

No. 1003. MARTÍNEZ ET AL., APELADOS, *v.* EL MUNICIPIO DE SAN JUAN, APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación. Resuelto en junio 26, 1913. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la Ley No. 70 de marzo 9, 1911. Abogado de los apelados: *Sr. Hugh R. Francis.* Abogado del apelante: *Sr. Ramón Falcón.*

---

No. 841. PÉREZ VILLAMIL ET AL., APELADOS, *v.* ROMANO ET AL., APELANTES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en junio 27, 1913. Confirmada la resolución apelada denegando un nuevo juicio. Abogados de los apelados: *Sres. José de Guzmán Benítez, Francisco de la Torre* y *José Martínez Dávila.* Abogados de los apelantes: *Sres. Bosch* y *Soto.*

---

